Erin C. Mee, OSB #205514
emee@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARTIN G. CHILDS, | Case No. 6:20-cv-01610-MK |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO UNSEAL COMPLAINT** |
| SEIU LOCAL 503, OPEU, and SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU) | |
| Defendants. | |

**MOTION**: UNSEAL COMPLAINT

On December 28, 2022 the third amended complaint in this matter was filed under seal pursuant to plaintiff's motion to file complaint under seal. The US attorney office for the district of Oregon has reviewed the complaint and declined to intervene in this case during the 60 day seal

/////

/////

**PAGE 1 of 2 –PLAINTIFF'S MOTION TO UNSEAL COMPLAINT**

period. Therefore Plaintiff now moves this court to unseal the complaint so it may be served on each defendant.

DATED this 7th July, 2023 .

                                                     s/Erin C. Mee_____
Erin C. Mee
emee@lafky.com
OSB #205514
503-585-2450
Of Attorneys for Plaintiff

**Page 2 of 3 - PLAINTIFF'S MOTION TO FILE THIRD AMENDED COMPLAINT UNDER SEAL**