Kevin T. Lafky, OSB #852633
klafky@lafky.com
LAFKY & LAFKY
429 Court Street NE
Salem, OR 97301
Tel: (503)585-2450
Fax: (503)585-0205
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **MARTIN CHILDS**, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION and SEIU LOCAL 503, OPEU**,<br><br>  Defendants. | Case No.: 6:20-cv-01610-MK<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Martin Childs, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on November 21, 2023.

DATED this 20th day of December, 2023.

/s/ *Kevin T. Lafky*
Kevin T. Lafky, OSB #852633
klafky@lafky.com
Lafky & Lafky
429 Court Street NE
Salem, OR 97301
Attorney for Plaintiff

**PAGE 1 - NOTICE OF APPEAL**

**LAFKY & LAFKY**
ATTORNEYS AT LAW
429 COURT ST. NE, SALEM, OR 97301
TELEPHONE (503) 585-2450
FAX (503) 585-0205
Email lnfo@lafky.com